(1)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
40 FOLEY SQUARE AND 500 PEARL
STREET, NEW YORK, NEW YORK

Mr. HAPPY ALDLAND BOWLEG "PRO SE"
CYNDPORT LANE WEST, AMERICAN-BAHAMIAN
P.O. BOX N-9622, PLAINTIFF FROM 1983
NASSAU, BAHAMAS   AND UP TO AND
                  INCLUDING THE
VS.               PRESENT (2022).

THE STATE OF NEW YORK AND
THE UNITED STATES JUSTICE
DEPARTMENT AND THE UNITED
STATES OF AMERICA "REPRESENTED
DEFENDANTS FROM APRIL 23, 1979
AND UP TO AND INCLUDING THE PRESENT."

COMPLAINT NO. _____
7TH AMENDMENT CIVIL
JURY TRIAL DEMANDED:
$500 MILLION DOLLARS
(FIVE HUNDRED MILLION)

* "NO RELIEF OR ASSISTANCE OR ANY
SETTLEMENT OR [RESOLUTION] FOR FORTY
ONE (41) YEARS OF ARBITRARY GOVERNMENTAL
MISCONDUCT": MOSLEY v. CHICAGO POLICE DEPARTMENT
(1972) AND BOARD OF REGENTS v. ROTH (1972) ETC.
THIS "LEGITIMATE FIRST AMENDMENT CONSTITUTIONALLY
PREMISED COMPLAINT AND CIVIL LAWSUIT" [ACCUSE] *
ON "APRIL 23, 1979" (TOTALLY ARBITRARY AND CAPRICIOUS
AND [UNCONSTITUTIONAL] ARREST, SEARCH, SEIZURE AND
"FALSE AND MISLEADING IMPRISONMENT" WITHOUT CRIME. NO
PRESUMPTION OF TOTAL INNOCENCE. NO PROCEDURAL DUE

STACEY ALPHONSO BOWES "PRO SE" PLAINTIFF V. UNITED STATES OF AMERICA, THE UNITED STATES JUSTICE DEPARTMENT AND THE STATE OF NEW YORK (INTER ALIA) (P.2) 6-13-2022

DUE PROCESS OF LAW, AND "NO EQUAL [PROTECTION] OF THE LAWS" OF THE "STATE OF NEW YORK", OR OF THE "UNITED STATES OF AMERICA" OR OF THE DECEMBER 10, 1948 HUMAN RIGHTS INTERNATIONAL TREATY, AND * "NO JUDICIALLY DETERMINED" ARREST, OR SEARCH OR SEIZURE [WARRANT] — IN TOTAL CONTRAVENTION OF [GUARANTEED] CONSTITUTIONAL RIGHTS UNDER THE "FIRST, FOURTH, FIFTH, SIXTH, EIGHTH, THIRTEENTH AND FOURTEENTH AMENDMENTS OF THE CONSTITUTION OF THE UNITED STATES OF AMERICA (INTER ALIA)."

"[FACTS] OF THE CASE ON APRIL 23, 1979 AT THE JAMAICA POST OFFICE, LONG ISLAND, NEW YORK AT 1:30 PM [AND] AT THE METROPOLITAN CORRECTIONAL CENTER, MANHATTAN, NEW YORK"

1. ON APRIL 23, 1979, AT 1:30PM, MY P.O. BOX WAS "ARBITRARILY LOCKED" WITHOUT NOTICE OR OTHERWISE AND DESPITE THE FACT THAT BOX RENT WAS [PRE PAID].

2. I QUESTIONED WHY MY PREPAID BOX WAS LOCKED WITHOUT NOTICE OR OTHERWISE. A "POSTAL OFFICIAL" ASKED ME TO WAIT A FEW MINUTES WHILE HE CHECKED.

3. APPROXIMATELY TEN MINUTES LATER, TWO (2) F.B.I. AGENTS "FORCIBLY ARRESTED" AND HANDCUFFED ME.

4. I DID NOT RESIST OR OTHERWISE. I ASKED "WHAT IS THE REASON FOR THIS UNPROVOKED AND UNCONSTITUTIONAL ARREST." F.B.I. SPECIAL AGENT MR. JAMES F. LAVIN STATED: "YOU WILL FIND OUT LATER!" I THEN RESPECTFULLY REQUESTED TO BE TAKEN BEFORE A FEDERAL COURT WHICH WAS NO MORE THAN 5 OR TEN MINUTES AWAY FROM THE JAMAICA POST OFFICE, LONG-ISLAND, NEW YORK. REQUEST IGNORED.

5. I WAS TAKEN DIRECTLY TO THE "METROPOLITAN CORRECTIONAL CENTER (M.C.C.)" MANHATTAN, NEW YORK, ON APRIL 23, 1979. ALL RIGHTS AND REQUESTS [IGNORED].

6. WHEN WE ARRIVED AT (M.C.C.) WE WERE MET BY TWO (2) INDIVIDUALS. I WAS THEN "UNLAWFULLY CONFINED TO A CELL." AGENT LAVIN AND HIS PARTNER THEN HAD A "LENGTHY CONVERSATION" WITH THE TWO INDIVIDUALS. I OBSERVED THIS "SECRET DISCUSSION" FROM THE CELL.

7. I DISCOVERED LATER THAT SUCH (2) OFFICIALS WERE [MR. STEPHEN F. MARKSTEIN] AND [LT. NICOLI?].

8. I REMAINED IN "TOTALLY FALSE AND MISLEADING CUSTODY" (M.C.C.) UNTIL [APRIL 24, 1979] WHEN I APPEARED (ESCORTED) BEFORE MAGISTRATE SINCLAIR, AT 10:00 A.M.

9. THE "FEDERAL COURT ROOM" WAS EMPTY EXCEPT FOR THE F.B.I. AGENT LAVIN, THE MAGISTRATE SINCLAIR, THE PROSECUTOR (MR. STEPHEN F. MARKSTEIN) AND A "LAWYER."

(4)

HARRY ALPHONSO BAULEG "PRO SE PLAINTIFF" V. UNITED STATES of AMERICA AND OTHERS, (P. 4) JUNE 13, 2022, COMPLAINT-LAWSUIT

10. AS I WAS NOT ALLOWED TO CALL A LAWYER ON [APRIL 23, 1979] OR TO GO TO "MY APARTMENT" BY "AGENT LAVIN", THE MAGISTRATE AND THE PROSECUTOR [ASSIGNED THE LAWYER IN EMPTY COURT ROOM [TO REPRESENT ME]. THE LAWYER'S NAME WAS MR. IRA SOKIN.

11. F.B.I. AGENT IN JAMES F. LAVIN THEN "TOOK THE STAND" AND READ FROM A "STATEMENT" ABOUT A "BAD CHEQUE CASHED AT [CHEMICAL BANK, YONKERS, NEW YORK] ON [OCTOBER 27, 1978].

12. MY NAME, HARRY ALPHONSO BAULEG, [WAS] NEVER MENTIONED BY AGENT LAVIN, IN HIS "STATEMENT."

13. MAGISTRATE SINCLAIR THEN ASKED ME HOW DO I PLEAD?

14. I ANSWERED [TOTALLY NOT GUILTY]! TOTALLY INNOCENT!

15. DESPITE BEING EMPLOYED, HAVING "FAMILY TIES" AND "SUBSTANTIAL ROOTS" [IN AMERICA], AND NEVER BEING [A FELONY OFFENDER], OR "ILLEGAL ALIEN" OR A "DEPORTABLE ALIEN", OR A "BAIL JUMPER", AND MEET ALL LEGAL REQUIREMENTS [TO BE IMMEDIATELY RELEASED ON "MY OWN RECOGNIZANCE", I REMAINED IN "TOTALLY FALSE AND MISLEADING IMPRISONMENT" UNTIL [JUNE 15, 1989] DATE "ILLEGALLY DEPORTED FROM AMERICA, TO NASSAU, N.P., BAHAMAS.

16. TEN (10) YEARS OF "CALCULATED AND MALICIOUS CUSTODY!" IN THE "FEDERAL BUREAU OF PRISONS." ALL OVER AMERICA!

MR. HARRY ALPHONSO BOWLEG "UNASSISTED PLAINTIFF" V. UNITED STATES OF AMERICA, AND OTHERS (P.5) JUNE 13, 2022

17. MAGISTRATE SINCLAIR [ADJOURNED CASE TO MAY 2, 1979]. "I REMAINED FALSELY IMPRISONED" DUE TO [COLLUSION] BY THE PROSECUTOR AND THE "EXTREMELY INEFFECTIVE LAWYER MR. IRA SAKIN, WHO SAID [NOTHING ON MY BEHALF].

18. ON MAY 2, 1979 A "DIFFERENT MAGISTRATE APPEARED, HIS NAME WAS [MAGISTRATE BERNIKOW].

19. ON MAY 2, 1979, F.B.I. AGENT MR. JAMES F. LAVIN CAME TO MY CELL AT (M.C.C.) AND STATED: "MR. BOWLEG, IF YOU PLEAD [GUILTY] TO THIS [ONE COUNT INDICTMENT] IN UNITED STATES OF AMERICA V. HARRY ALPHONSO BOWLEG, WE WILL GET YOU "PROBATION" BUT IF YOU REFUSE TO PLEAD GUILTY, WE WILL BRING A [SEVEN COUNT INDICTMENT] AGAINST YOU.

20. I REPLIED: "I WILL POSITIVELY NOT PLEAD GUILTY TO "A CRIME" THAT I KNOW [NOTHING] ABOUT, PERIOD! I REMAIN [TOTALLY INNOCENT]!

21. AGENT LAVIN THEN "SHOUTED, AND SAID," A SEVEN COUNT INDICTMENT WILL BE BROUGHT AND "YOU WILL NEVER BEAT IT!" CASE ADJOURNED TO "JUNE OF 1979." FALSE IMPRISONMENT CONTINUED!

HENRY ALFONSO BOWES "UNASSISTED PLAINTIFF" V. UNITED STATES OF AMERICA, AND OTHERS (P-6) JUNE 13, 2022

22. [IN JUNE OF 1979] HON. U.S. DISTRICT JUDGE CHARLES E. STEWART GOT CASE IN [EMPTY COURT ROOM] WITH APPROXIMATELY 12 F.B.I. AGENTS "SITTING IN FRONT ROW" [LOOKING DIRECTLY] AT JUDGE STEWART. "NEW LAWYER" WAS MR. SIDNEY F. GURON.

23. JUST LIKE "LAWYER TRA S ANKIN ON APRIL 24, 1979, BEFORE MAGISTRATE SINCLAIR, LAWYER SIDNEY F. GURON "SAID ABSOLUTELY NOTHING."

24. JUDGE STEWART READ "A SEVEN COUNT INDICT-MENT." HE DID NOT MENTION "MY NAME."

25. I REPEATED "NOT GUILTY" AND "I AM TOTALLY INNOCENT!"

26. I DEMANDED COPY OF THE "SEVEN COUNT INDICTMENT." JUDGE STEWART "ANGRILY STATED," "YOUR LAWYER WILL GIVE YOU A COPY."

27. MR. SIDNEY F. GURON [NEVER] GAVE ME COPY OF THE "SEVEN COUNT INDICTMENT," NOT A COPY OF "THE ONE COUNT INDICTMENT." TRIAL STARTED JULY 1979.

*28. IN JULY OF 1979, [JUROR NO. 13] STOOD UP IN "EMPTY COURT" EXCEPT FOR "THE PRINCIPALS," AND STATED: "I AM A PARALEGAL" AND "DO NOT THINK THAT ANY CRIMES HAVE BEEN COMMITTED "AGAINST THE UNITED STATES!"

(7)

HARRY ALPHONSO BOWEN "UNASSISTED PLAINTIFF" V. UNITED STATES OF AMERICA, AND OTHERS (P. 7) JUNE 13, 2022, COMPLAINT-LAWSUIT

29. JUDGE CHARLES E. STEWART THEN [ANGRILY STATED]: "THE JURY DECIDES THE FACTS; THE COURT DECIDES THE LAWS." HE DISQUALIFIED JUROR #13, BUT THE REMAINING (12) JURORS APPEARED [STUNNED]: JUROR NO. 13 LEFT COURT.

"THE EXPECTED RESULT: (1) A "TOTALLY FRAUDULENT AND CONTRIVED AND [GROUNDLESS] CONVICTION, WELL PLANNED AND ORGANIZED]. (2) THE VERDICT WAS "CLEARLY CONTRARY TO THE CONSTITUTION AND LAWS AND TREATY" OF THE [GODLY] UNITED STATES OF AMERICA. (3) WILLFUL INFRINGEMENT ON ALL "CONSTITUTIONAL AND STATUTORY AND TREATY RIGHTS." (4) A LACK OF VENUE IN THE "COUNTY AND DISTRICT" OVER WHICH "THE COURT HAS [JURISDICTION]. (5) THE "VERDICT WAS PERVERSE." (6) THE VERDICT WAS "DEFECTIVE." (7) THE VERDICT WAS "EXCESSIVE" (PASSION OR PREJUDICE). (8) THE VERDICT WAS A "FALSE VERDICT," (SO CONTRARY TO THE "EVIDENCE" AND "SO UNJUST" THAT JUDGE STEWART "SHOULD HAVE SET IT ASIDE." (9) THE VERDICT WAS THE RESULT OF [VIOLATION, OR ABRIDGMENT, OR RESTRICTION, OR EVASION OF PROTECTED RIGHTS UNDER THE 1ST, 4TH, 5TH, 6TH, 8TH, 13TH AND 14TH AMENDMENTS OF THE U.S. CONSTITUTION, LAWS AND TREATY.

HARRY ALPHONSO BAULEG "UNASSISTED PLAINTIFF" V. UNITED STATES OF AMERICA (P. 8) JUNE 13, 2022, COMPLAINT

* 30. [THE PROSECUTION] "IN ITS [ENTIRETY] WAS NULL AND VOID FROM [ITS BEGINNING] ON APRIL 23, 1979, AND *CONTINUED FROM 1979 AND UP TO AND INCLUDING THE GROUNDLESS AND MALICIOUS AND DISCRIMINATORY [DEPORTATION] FROM AMERICA TO NASSAU, BAHAMAS ON JUNE 15, 1989] WITHOUT DUE PROCESS AND EQUAL PROTECTION OF THE LAWS OF THE [GOOD] UNITED STATES OF AMERICA.

* 31. THE PRESIDING ARTICLE (VI) JUDGE [HEARING THIS CASE] HAS "ONGOING JURISDICTION" [TO REOPEN] UNITED STATES OF AMERICA V. HARRY ALPHONSO BAULEG, NOS. 79 CRM. 295 AND S-79 CRM. 295 (HON. CHARLES E. STEWART) U.S. DISTRICT COURT, FOR THE SOUTHERN DISTRICT OF NEW YORK (40 FOLEY SQUARE AND 500 PEARL STREET, NEW YORK, N.Y.) AND TO GIVE "JUDGMENT OF ACQUITTAL" [AND OTHERWISE] ON THE "CLEAR GROUNDS OF FRAUD] AND/OR THE "WILLFUL AND INTENTIONAL" VIOLATION, OR BREACH, OR RESTRICTION, OR EVASION OF "FUNDAMENTAL RIGHTS AND FREEDOMS [HEREIN AND ELSEWHERE].

* 32. REOPENING (OF A COURT) TO REVIEW (AN OTHERWISE FINAL AN "NON-APPEALABLE JUDGMENT FOR THE PURPOSE OF POSSIBLY GRANTING OR MODIFYING" RELIEF."

Harry Alphonso Bowe "Unarrested Plaintiff" v. United States of America, and Others (p.9) 6-13-2022 Complaint-Lawsuit

## PARTICULARS OF FIRST AMENDMENT [CLAIMS] FOR 41 YEARS OF OBSTRUCTION:

33. THE EVENTS ON [APRIL 23, 1979] TO JUNE 15, 1989,
* WHEN PUT TO "CONSTITUTIONAL PROOF" WILL SHOW THAT THE "UNARRESTED PLAINTIFF" MR. HARRY ALPHONSO BOWE [AMERICAN AND BAHAMIAN] FROM (1968 AND UP TO AND INCLUDING THE PRESENT)
* SHOULD NEVER HAVE BEEN [ARRESTED, OR SEARCHED OR SEIZED, OR [FALSELY IMPRISONED] WITHOUT DUE PROCESS AND EQUAL PROTECTION OF THE LAWS (5TH AND 14TH AMENDMENTS OF THE U.S. CONSTITUTION):
"... NOR SHALL [ANY PERSON] BE DEPRIVED OF HIS [LIBERTY OR PROPERTY OR LIFE] WITHOUT DUE PROCESS OF LAW, OR THE EQUAL PROTECTION OF THE LAWS (INTER ALIA)..."
SEE MAPP v. OHIO (1970) ETC.

A. WHILE PRO SE PLAINTIFF-APPELLANT HARRY ALPHONSO BOWE'S [APPEALS WERE PENDING] IN JANUARY OF (1980), I WAS, BY FALSE PRETENSE AND MISREPRESENTATION (ETC), TRANSPORTED FROM THE "JURISDICTION" OF NEW YORK TO THE "JURISDICTION" OF THE "STATE AND DISTRICT OF [ASHLAND, KENTUCKY] TO "FRUSTRATE MY APPEAL RIGHTS" AND TO DEPRIVE ME OF "MY COURT DOCUMENTS, ETC."

(10)

HARRY REDIFONSO BANKS "UNDISPUTED PLAINTIFF" v. UNITED STATES OF AMERICA, AND OTHERS [P.10] COMPLAINT LAWSUIT

B. THAT SUCH [ARBITRARY AND GROUNDLESS] TRANSPORTATION FROM "STATE TO STATE" [CONTINUED] FOR ENTIRE TEN (10) YEARS OF GROUNDLESS AND UNCONSTITUTIONAL PROSECUTION IN ITS ENTIRETY.

C. AT NO TIME WHATSOEVER [FROM] JULY 1980 AND UP TO AND INCLUDING [JUNE 15, 1989] DID I, MR. HARRY REDIFONSO BANKS [EVER] "CONSENT" TO SUCH ARBITRARY AND DICTATORY TRANSPORTATIONS OR DEPORTATION, PERIOD!

D. FOR 41 YEARS — APRIL 23, 1979 — JUNE 15, 1989,※ AND FROM JUNE 15, 1989 TO PRESENT, IN THE BAHAMAS, WAS I [EVER] ALLOWED MY FIRST AMENDMENT RIGHTS [OF EXPRESSION, OR TO PEACEFULLY PARTICIPATE IN MY OWN CASES, OR TO PETITION THE GOVERNMENT OR THE COURTS FOR A "REDRESS OF MY LEGITIMATE CONSTITUTIONAL AND SUBSTANTIVE GRIEVANCES." SEE MOSLEY v. CHICAGO POLICE DEPART. (1972) AND BOARD OF REGENTS v. ROTH (1972) ETC.

※ NO OPPORTUNITY TO EVEN [RESPOND, ETC.]

HARRY ALPHONSO BAILEY "PRO SE AMERICAN" FROM (1963 AND UP TO
THE PRESENT, PLAINTIFF V. THE STATE OF NEW YORK (ETC.) [P. 11]

(1) **MAIN STATEMENT OF [CONSTITUTIONAL CLAIM]:**
ON APRIL 23, 1979, AT THE JAMAICA POST OFFICE AND IN THE
METROPOLITAN CORRECTIONAL CENTRE, NEW YORK, N.Y.
AT 1:30 P.M., I, MR. HARRY ALPHONSO BAILEY [TOTALLY
INNOCENT MAN] — WAS "WILLFULLY, INTENTIONALLY, UNLAW-
FULLY, FRAUDULENTLY AND IN [TOTAL VIOLATION] OF ALL MY
PROCEDURAL DUE PROCESS RIGHTS [SECURED] TO ME
UNDER THE [4TH AMENDMENT, U.S. CONSTITUTION] ETC,
[WRONGLY] ARRESTED, SEARCHED, SEIZED AND FALSELY
IMPRISONED] AND [WRONGLY DEPRIVED] OF "MY LIBERTY"
AND "ANY AND ALL PERSONAL EFFECTS, FUNDS, "GREEN CARD"
AND "OTHER PROPERTIES" IN DIRECT VIOLATION OF MY
FIRST, FOURTH, FIFTH, SIXTH, EIGHTH, THIRTEENTH AND
FOURTEENTH AMENDMENTS TO THE [CONSTITUTIONS] OF THE
"STATE OF NEW YORK" [AND] THE "UNITED STATES OF
AMERICA". IN SHORT, I WAS "CRIMINALLY AND UNCONST-
ITUTIONALLY" [DEPRIVED] OF "MY LIBERTY AND PROPERTIES"
WITHOUT "DUE PROCESS AND EQUAL [PROTECTION] OF
THE LAWS, [AND] WITHOUT BEING CHARGED OR CONVICTED
OF ANY CRIMES WHATSOEVER ON [APRIL 23, 1979].
THAT "F.B.I. AGENT JAMES F. LAVIN AND A "STATE
AGENT" ACTING IN CONCERT AND PARTICIPATION WITH
OTHERS, [CONSPIRED] TO DEPRIVE ME OF MY LIBERTY AND PROPERTY!

HARRY ALPHONSO BOWLES "PRO SE AMERICAN" PLAINTIFF V. STATE OF NEW YORK AND OTHERS [FROM 1979 TO JUNE 15, 1989] (12)

(2) THAT SUCH "CONSPIRATORIAL AND FALSE ARREST AND IMPRISONMENT" ON APRIL 23, 1979, WAS THE "ROOT CAUSE" OF A "GROSSLY FRAUDULENT PROSECUTION" IN ITS [ENTIRETY] IN UNITED STATES OF AMERICA V. HARRY ALPHONSO BOWLES, GROUNDLESS INDICTMENTS NOS. 79 CRM. 295 AND S-79 CRM. 295 (BEFORE MAGISTRATE SINCLAIR (APRIL 24, 1979) AND MAGISTRATE BERNIKOW (MAY 2, 1979) AND HON. U.S. FEDERAL JUDGE CHARLES E. STEWART (JULY 1979) U.S. DISTRICT COURT, SOUTHERN DISTRICT NEW YORK, AND SUCH "WRONGLY INSTITUTED CRIMINAL PROCEEDINGS" [IN 1979] RESULTED IN MY BEING "WILLFULLY AND INTENTIONALLY" [DEPRIVED] OF MY 6TH AMENDMENT RIGHT TO "COUNSEL AT A TRIAL," [AND] "RIGHT TO REPRESENT MYSELF" AND "RIGHT TO TAKE THE STAND [TO TESTIFY] CONCERNING "THE FRAME-UP" AND TO PROVE "MY TOTAL INNOCENCE" OF CASHING A "BAD CHECK" AT A "CHEMICAL BANK, YONKERS, NEW YORK [ON OCTOBER 27, 1978]. I WAS FURTHER [DENIED] THE RIGHT TO CONFRONT WITNESSES WHOM I NEVER MET OR SAW IN MY LIFE. ALL CHEMICAL BANK WITNESSES WERE [ARRESTED] BY THE F.B.I. AND "THEIR BANK BOOKS "CONFISCATED". "CLEAR PROOF" OF "MY INNOCENCE!"

HARRY RAYMOND BAILEY "PRO SE AMERICAN" v. STATE OF NEW YORK (ETC.) FROM (1979-1989) (P.13)

(3) FROM (1980 - JUNE 15, 1989, I WAS, "BY FALSE PRETENSE AND FRAUD," [TRANSPORTED] - ACROSS STATE LINES" FROM "STATE TO STATE" IN ORDER [TO HINDER AND OBSTRUCT] ME FROM "FIRST AMENDMENT RIGHTS" OF [ACCESS TO THE COURTS] TO PETITION THE GOVERNMENT FOR A "REDRESS OF GRIEVANCES" FROM APRIL 23, 1979 - JUNE 15, 1989,

(4) ON JUNE 15, 1989, I, M-HARRY RAYMOND BAILEY, "LEGITIMATE" BAHAMIAN AND AMERICAN, WAS "FRAUDULENTLY DEPORTED" FROM [AMERICA TO NASSAU, BAHAMAS] AGAINST MY WILL, WITHOUT MY CONSENT, WITHOUT A "FEDERAL COURT HEARING OR ORDER," AND WITHOUT [EVER] HAVING BEEN [AN] ILLEGAL OR DEPORTABLE ALIEN, "ANY AND ALL" FUNDS AND PROPERTIES FRAUDULENTLY CONFISCATED BY THE GOVERNMENT WITH [KNOWLEDGE] I WAS NEVER A "CONVICTED FELON" NOR EVER HAVING BEEN INVOLVED IN [ANY] DRUGS, OR FRAUD, OR GANGS, OR VIOLENCE (ETC) IN MY ENTIRE LIFE.

5. FROM JUNE OF 1989 TO THE PRESENT, "ALL ATTEMPTS AT "ACCESS TO THIS COURT OBSTRUCTED!"

HARRY ALPHONSO BOULEE "PRO SE AMERICAN" V. STATE OF NEW YORK AND OTHERS (P. 14)

6. IN THIS COURT, IN HARRY ALPHONSO BOULEE-PRO SE PLAINTIFF V. UNITED STATES AND OTHERS, NOS. 13 CIV. 800 AND 13 CIV. 5866 (BEFORE) HON. LORETTA PRESKA, I WAS PERMITTED TO PROCEED "WITHOUT PREPAYMENT OF FEES" OR COSTS. SEE "COURT ORDER" DATED MAY 29, 2013.

A. (BECAUSE) OF "ONGOING GOVERNMENTAL MISCONDUCT" MY "FINANCIAL STATUS" REMAINS "IN PECUNIOUS."

7. THE JURISDICTION IS FIRST AMENDMENT TO THE U.S. CONSTITUTION" (ETC.) INCLUDING JURISDICTION IN 13 CIV. 800 AND 13 CIV. 5866: I WAS NOT AFFORDED "DUE PROCESS AND EQUAL PROTECTION OF THE LAWS."

8. I AM DEMANDING MY SEVENTH AMENDMENT CONSTITUTIONAL RIGHT TO A [CIVIL JURY TRIAL] AS AMOUNT SUED FOR IS $500 MILLION DOLLARS.

9. I AM ASKING THE COURT [TO APPOINT] A "COUNSEL AND ATTORNEY-AT-LAW [TO ASSIST] ME AS REQUIRED UNDER THE 6TH AMENDMENT TO THE U.S. CONSTITUTION (ETC.).

HARRY RAYMOND BOWLEG "PRO SE AMERICAN PLAINTIFF
v. STATE OF NEW YORK "AND OTHERS" [P-15]

## RELIEF SOUGHT FROM THE COURT

1. THAT THIS "URGENT FIRST AMENDMENT PETITION" BE ORDERED "STAMPED, FILED AND ISSUED [CASE NUMBER] FOR "IDENTIFICATION AND OTHER PURPOSES". THAT "STAMPED COPY" BE SENT TO ME.

2. THAT A "COUNSEL AND ATTORNEY AT-LAW" BE URGENTLY APPOINTED [TO ASSIST] ME AND THAT "THE CLERK" SEND ME THE "NAME AND ADDRESS AND TELEPHONE NUMBER OF SUCH LAWYER AS "I HAVE NO TYPEWRITER, OR COMPUTER." I AM INDIGENT, NOT BY CHOICE!

3. THAT THE HON. COURT FORTHWITH [ENSURE] THAT COPY OF THIS "COMPLAINT" BE "PERSONALLY SERVED" WITH A "SUMMONS."

4. SUCH FURTHER ORDERS THAT THE COURT DEEMS "NECESSARY AND CONSTITUTIONAL" TO ENSURE IMMEDIATE [ACCESS].

PREPARED SOLELY BY HARRY RAYMOND BOWLEG,
WINDSOR LANE WEST, P.O. BOX N-9622, NASSAU,
BAHAMAS. (242) 558-5476.

RECEIVED
SDNY PRO SE OFFICE

TO: THE PERSONAL ATTENTION OF:
THE HONOURABLE CHIEF JUDGE
THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT
OF NEW YORK
500 PEARL STREET
NEW YORK, NEW YORK 10007

AIRMAIL

LEGAL PAPERS ONLY

AIR MAIL

HARRY ROLANDO BURKE
P.O. BOX N-9622
N. ASSAU, N.P., BAHAMAS

July 12, 2022