UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARRY ALPHONSO BOWLEG,<br><br>                              Plaintiff,<br><br>-against-<br><br>THE STATE OF NEW YORK; THE UNITED STATES JUSTICE DEPARTMENT; THE UNITED STATES OF AMERICA,<br><br>                              Defendants. | 22-CV-6855 (LTS)<br><br>ORDER OF DISMISSAL |

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated August 12, 2022, the Court directed Plaintiff, within thirty days, to submit a completed request to proceed *in forma pauperis* (IFP application) or pay the $402.00 in fees required to file a civil action in this court. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not filed an IFP application or paid the fees. Accordingly, the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Clerk of Court is directed to enter judgment.

SO ORDERED.

Dated:   September 13, 2022
         New York, New York

                                                /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                              Chief United States District Judge