UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HARRY ALPHONSO BOWLEG,

              Plaintiff,

-against-

THE STATE OF NEW YORK; THE UNITED STATES JUSTICE DEPARTMENT; THE UNITED STATES OF AMERICA,

              Defendant.

22-CV-6855(LTS)

CIVIL JUDGMENT

For the reasons stated in the September 13, 2022, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: September 13, 2022
        New York, New York

                                            /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                            Chief United States District Judge